IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 13–82–GF–DLC–RKS |
| Plaintiff, | |
| vs. | ORDER |
| GROS VENTRE AND ASSINIBOINE TRIBES OF THE FORT BELKNAP INDIAN COMMUNITY, AND PRAIRIE MOUNTAIN UTILITY, | |
| Defendants. | |

Before the Court is the parties' Joint Stipulation of Termination of Consent Decree. (Doc. 7.) In September 2013, the United States filed suit against Defendants alleging violations of the Safe Drinking Water Act within the Fort Belknap Indian Reservation. (*See generally* Doc. 1.) A proposed consent decree was lodged and subsequently entered as a final order of the Court. (Docs. 2; 4.) Now, "in accordance with Section XIII, Paragraph 51, of the Consent Decree," the parties have stipulated to its termination. (Doc. 7 at 4.)

This portion of the Consent Decree authorizes the United States to move for its termination upon Defendants': (1) completion of all corrective measures specified within the Consent Decree; (2) payment of all outstanding penalties; and (3) compliance with the Consent Decree, Safe Drinking Water Act, and the

1

National Primary Drinking Water Regulations for 5 years. (Doc. 4 at 41–42.) The parties admit these conditions have not been completely satisfied but instead maintain that "it is in their mutual best interest, and the interest of the public, to terminate the judicial Consent Decree." (Doc. 7 at 4.) The Court finds no reason to disagree.

Accordingly, IT IS ORDERED that the Consent Decree previously entered as a final order of this Court (Doc. 4.) is TERMINATED.

DATED this 1st day of February, 2021.

Dana L. Christensen, District Judge
United States District Court